UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MAMADOU A. BAH,

            Plaintiff,

- against -

ST. JOHN'S HOSPITAL AND MARY
IMMACULATE HOSPITAL,

            Defendants.

----------------------------------------------------------X

**ORDER**
**08-CV-2644 (RRM)(LB)**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ MAR 04 2010

**BLOOM, United States Magistrate Judge:**

By letter dated March 1, 2010, defendants' counsel informed the Court that the parent company of defendants, Caritas Healthcare Inc., filed for Chapter 11 bankruptcy protection and the bankruptcy action, In re Caritas Health Care Inc. et. al., No. 1-09-4091 (CEC) (E.D.N.Y. Bankr. Ct.) is ongoing. See docket entry 25. Defendants further state that the "liquidation of assets has been mostly completed," "the claims reconciliation process is underway," and a "liquidating plan" will be confirmed in the first half of 2010. Id. Defendants' counsel shall update the Court on the status of the bankruptcy proceedings by June 1, 2010. In the interim, plaintiff may contact the United States Bankruptcy Court, Eastern District of New York for information regarding preserving any rights he may have in the pending bankruptcy action.

SO ORDERED.

                                                    LOIS BLOOM
                                                    United States Magistrate Judge

Dated: March 3, 2010
       Brooklyn, New York