UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAMADOU A. BAH,

           Plaintiff,

- against -

ST. JOHN'S HOSPITAL AND MARY
IMMACULATE HOSPITAL,

           Defendants.

------------------------------------------------------------X

**ORDER**
08-CV-2644 (RRM)(LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 3 2010 ★
BROOKLYN OFFICE

**BLOOM, United States Magistrate Judge:**

By Order dated March 3, 2010, the Court directed defendants' counsel to report the status of the bankruptcy proceedings to the Court by June 1, 2010. See docket entry 26. Defendants' counsel has failed to comply with the Court's Order. Counsel shall write to the Court by July 6, 2010 to report the status of the bankruptcy proceeding

SO ORDERED.

                                                LOIS BLOOM
                                                United States Magistrate Judge

Dated: June 22, 2010
       Brooklyn, New York